DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH JACKSON,** as Personal Representative of the estate of **LINDA PROWE JACKSON,**
Appellant,

v.

**THE ESTATE OF LINDA PROWE JACKSON,**
Appellee.

No. 4D22-2568

[June 1, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2021-CP-001803-XXXX-SB.

Brandan J. Pratt and Alexander J. Retamar of Huth, Pratt & Milhauser, Boca Raton, for appellant.

Thomas W. Walters of Thomas W. Walters, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***